UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO
DISTRICT COURT

PRETRIAL CONFERENCE AND MOTION HEARING:
District Judge: B. Lynn Winmill          Date: 1/9/2014
Deputy Clerk: Jamie Gearhart             Location: Boise
Reporter: Tammy Hohenleitner             Time: 4 hours and 47 minutes

## UNITED STATES OF AMERICA  v. DOUGLAS A. SWENSON, et al
### CASE No. 1:13-CR-91-BLW

Counsel for the United States: Mark Williams, George Breitsameter, Raymond Patricco, Joshua Hurwit, and Justin Whatcott

Counsel for Defendant Douglas L. Swenson: Angelo Calfo and Patricia Eakes

Counsel for Defendant Mark A. Ellison: Jeffery Robinson

Counsel for Defendant Jeremy S. Swenson: Greg Silvey

Counsel for Defendant David D. Swenson: John Kormanik


Pretrial conference held. The following matters were discussed:

1) Jury selection process;

2) Number of jurors and number of peremptory challenges;

3) Jury questionnaire;

4) Proposed jury instructions, proposed voir dire, trial briefs, witness lists, and exhibit lists:
    Pre-proof jury instructions, proposed voir dire, government's witness list and exhibit list due 1/17/14,
    Defendants' witness lists and exhibit lists due 1/20/2014,
    Final proposed jury instructions due 1/22/2014, and
    Trial briefs due 1/22/2014;

5) Trial schedule;

6) Authentication of documents through attorney admissions under Rule 801(d)(2);

7) Discovery production;

8) Demonstrative exhibits/Summary exhibits;

9) Oral argument held regarding motions in limine. The Court's rulings are as follows:

    a) Defendant's motion in limine to exclude expert testimony of Gerald Fujimoto (Dkt. 211) - DENIED as stated on the record.

    b) Government's motion to compel defendants to disclose expert testimony (Dkt. 192) - GRANTED. Defendants are ordered to disclose experts by Friday, January 24, 2014, except for any expert on tax returns. The disclosure of tax return experts are due 7 days after the government provides the last tax return.

    c) Defendants' motion in limine to preclude evidence or argument regarding allegedly fraudulent statements of opinion (Dkt. 212) - DENIED as stated on the record.

    d) Government's motion in limine to allow hypothetical questions probative of the materiality of DBSI's misstatements (Dkt. 205) - GRANTED IN PART AND RESERVED IN PART as stated on the record.

    e) Government's motion in limine to exclude inadmissible evidence of intent to repay (Dkt. 204) - GRANTED with leave for defendants to ask for reconsideration.

    f) Government's sealed motion in limine (Dkt. 198) - GRANTED.

    g) Defendants' motion in limine regarding phrase "ponzi scheme" (Dkt. 210) - GRANTED IN PART AND DENIED IN PART as indicated on the record.; and

10) Government's Notice of Intent to Present Evidence Pursuant to Federal Rules of Evidence 404(b) (Dkt. 206) - Written decision forthcoming.

THESE MINUTES SHALL STAND AS ORDER OF THE COURT.